IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

**ROBERT ARREDONDO, JR., #543842** §

**VS.** § CIVIL ACTION NO. 5:09cv53

**RONALD CONNOR, ET AL.** §

**O R D E R**

Plaintiff Robert Arredondo, Jr., a Texas prison inmate, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the Plaintiff's motion for a temporary restraining order and for the return of his legal documents should be denied. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. It is accordingly

**ORDERED** that the Plaintiff's motion for a temporary restraining order and for the return of his legal documents (docket entry #12) is **DENIED**.

**SIGNED this 23rd day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE